NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LELY PATENT N.V.,**
*Appellant*

**v.**

**DELAVAL INTERNATIONAL AB,**
*Appellee*

---

2015-1669

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2013-00575.

---

**JUDGMENT**

---

MARK L. LORBIECKI, Lowe Graham Jones PLLC, Seattle, WA, argued for appellant.

ANDREW J. PATCH, Young & Thompson, Alexandria, VA, argued for appellee. Also represented by JEFFREY M. GOEHRING, DOUGLAS V. RIGLER.

MEREDITH HOPE SCHOENFELD, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for intervenor Michelle K. Lee. Also repre-

sented by THOMAS W. KRAUSE, MICHAEL SUMNER FORMAN, SCOTT WEIDENFELLER.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, WALLACH, and STOLL, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

 February 8, 2016                           /s/ Daniel E. O'Toole
          Date                              Daniel E. O'Toole
                                            Clerk of Court